UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AKEEM MUHAMMAD,

       Plaintiff,

v.                                                                          4:97cv105-WS

DEPARTMENT OF CORRECTIONS,
et al.,

       Defendants.

_____

ORDER DENYING PLAINTIFF'S MOTION
FOR RELIEF FROM JUDGMENT

Before the court is the plaintiff's motion for relief from judgment.  Doc. 60.  The plaintiff asks this court to vacate a judgment entered August 4, 1998, almost seven years ago.  He cites an Eleventh Circuit case decided on August 4, 2000, in support of his argument that the above-captioned case should not have been dismissed as frivolous and, therefore, should not count as a strike against him.  Hakim v. Hicks, 223 F.3d 1244 (11th Cir. 2000), cert. denied, 532 U.S. 932, 121 S. Ct. 1382, 149 L. Ed. 2d 307 (2001).  The plaintiff does not explain why he waited almost five years after Hakim was decided to seek relief from the 1998 judgment.

Because the plaintiff's request for relief comes much too late, it is ORDERED:

The plaintiff's motion for relief from judgment (doc. 60) is DENIED.

DONE AND ORDERED this May 17, 2005.

    /s William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE